IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Njinkeng Elvis Nchabaun,<br>             Petitioner,<br><br>    v.<br><br>Todd Blanche, et. al.,<br>             Respondents. | Civil No. 26-826 |

## **ORDER OF COURT**

AND NOW, this 3rd day of June, 2026, IT IS HEREBY ORDERED that, on or before June 16, 2026, Petitioners and Respondents shall file a position statement with respect to the outcome of the hearing scheduled for May 29, 2026 at 1:30 P.M. (*see* ECF No. 17-8) and its impact, if any, on the pending petition for writ of habeas corpus (ECF No. 1).

BY THE COURT:

 s/  Joy Flowers Conti
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE